UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. _____

THOMAS E. STEWART,           )
                             )
          Plaintiff,         )
                             )
v.                           )
                             )
VMSB, LLC,                   )
                             )
          Defendant.         )
                             )
_____)

## COMPLAINT

Plaintiff THOMAS E. STEWART ("Plaintiff") sues defendant, VMSB, LLC ("Defendant") and alleges:

## JURISDICTION

1. This is an action to recover money damages for retaliatory discharge under the laws of the United States and the laws of the State of Florida.

2. This Court has jurisdiction pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement) ("the Act").

## VENUE

3. Plaintiff is a resident of Miami-Dade County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the Act.

4. VMSB, LLC ("VMSB" or "Defendant") is a Florida company duly organized and existing under the laws of the State of Florida and doing business in Miami-Dade County, Florida, where Plaintiff worked for Defendant. At all times material hereto, VMSB is and was engaged in interstate commerce.

## COUNT I:
## FEDERAL STATUTORY VIOLATION PURSUANT TO 29 U.S.C. 215 (a)(3)
## RETALIATORY DISCHARGE AGAINST VMSB

5. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 4 above as if set out in full herein.

6. Plaintiff worked as an Executive Chef for Defendant.

7. Defendant is a restaurant.

8. Defendant employs several non-exempt employees in its restaurant and these non-exempt employees (the "Kitchen Staff") worked under the supervision of Plaintiff.

9. Defendant's Kitchen Staff has, at various times in the past 3 years, worked overtime (more than 40 hours per week).

10. On or about January 14, 2019, Defendant terminated Plaintiff's employment.

11. Prior to his termination, Plaintiff complained to Defendant that VMSB was unlawfully manipulating the Kitchen Staff's time records to avoid paying overtime. Plaintiff demanded that the Kitchen Staff be properly paid overtime.

12. Section 206(a)(3) of the Act states that it shall be unlawful for any person "to discharge or in any manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this chapter, or has testified or is about to testify in such proceeding . . . ."

13. The motivating factors, which caused Plaintiff's discharge as described above, was the complaints about the unlawful manipulation of time records and his demand for proper payment of overtime on behalf of the Kitchen Staff. Plaintiff would not have been fired but for his complaints.

14. Defendant's termination of Plaintiff was in direct violation of 29 U.S.C. § 215(a)(3) and, as a direct result, Plaintiff has been damaged.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Honorable Court:

A. Enter a judgment against Defendant for all back wages from the date of discharge to the present date and an equal amount of back wages as liquidated damages, attorneys' fees, costs, and;

B. Reinstatement and promotion and injunctive relief prohibiting Defendant from discriminating in the manner described above, emotional distress and humiliation, and pain and suffering, front wages, as well as other damages recoverable by law under 29 U.S.C. § 216(b).

## JURY DEMAND

Plaintiff and those similarly situated demand trial by jury of all issues so triable as of right.

Dated: June 21, 2019.

Respectfully submitted,

By: R. Martin Saenz
R. Martin Saenz, Esquire
Fla. Bar No.: 0640166
Email: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549