# COMPOSITE EXHIBIT D

**From:** Thomas Stewart [redacted]
**Sent:** Wednesday, January 16, 2019 9:23 PM
**To:** Salem Munayyer
**Subject:** Re: call

You're responsible when the news media gets a hold of all the pictures and emails I have.

On Wed, Jan 16, 2019, 9:12 PM Thomas Stewart [redacted] wrote:
You will be served papers soon.

On Wed, Jan 16, 2019, 9:11 PM Thomas Stewart [redacted] wrote:
I want a severance pay 24k 4 months pay

I also want to resign and not be fired.

Thank you for your time

On Wed, Jan 16, 2019, 8:46 PM Salem Mounayyer [redacted] wrote:
I. n discuss whatever in Emails
Please send me what you like to discuss about in email

Sent from my iPad

> On Jan 16, 2019, at 8:26 PM, Thomas Stewart [redacted] wrote:
>
> you need to call me.
>
> I would hate to embarrasses the Naksh family. but I will if you dont call me

**From:** Thomas Stewart
**Sent:** Wednesday, January 16, 2019 9:25 PM
**To:** Salem Munayyer
**Subject:** Re: call

When you get them. The Nakash family will already have a black eye. Haven't even brought up the fact that you take time out of employees time cards and you take 10% off the top

On Wed, Jan 16, 2019, 9:23 PM Salem Mounayyer wrote:

I'm waiting for your papers

Sent via the BlackBerry Hub for Android

**From:**
**Sent:** January 16, 2019 21:12
**To:**
**Subject:** Re: call

You will be served papers soon.

On Wed, Jan 16, 2019, 9:11 PM Thomas Stewart wrote:
I want a severance pay 24k 4 months pay

I also want to resign and not be fired.

Thank you for your time

On Wed, Jan 16, 2019, 8:46 PM Salem Mounayyer wrote:
I. n discuss whatever in Emails
Please send me what you like to discuss about in email

Sent from my iPad

> On Jan 16, 2019, at 8:26 PM, Thomas Stewart wrote:
>
> you need to call me.
>
> i would hate to embarrasses the Naksh family. but i will if you dont call me

**From:** Thomas Stewart
**Sent:** Wednesday, January 16, 2019 9:30 PM
**To:** Salem Munayyer
**Subject:** Re: call
**Attachments:** Screenshot_20190116-212920.jpg

I'd be more worried about osha and the eeoc and your general manger taking time out of employees check

Please reference this article as a President

On Wed, Jan 16, 2019, 9:23 PM Salem Mounayyer wrote:

I'm waiting for your papers

Sent via the BlackBerry Hub for Android

**From:**
**Sent:** January 16, 2019 21:12
**To:**
**Subject:** Re: call

You will be served papers soon.

On Wed, Jan 16, 2019, 9:11 PM Thomas Stewart wrote:
I want a severance pay 24k 4 months pay

I also want to resign and not be fired.

Thank you for your time

On Wed, Jan 16, 2019, 8:46 PM Salem Mounayyer wrote:
I. n discuss whatever in Emails
Please send me what you like to discuss about in email

Sent from my iPad

> On Jan 16, 2019, at 8:26 PM, Thomas Stewart wrote:
>
> you need to call me.
>
> i would hate to embarrasses the Naksh family. but i will if you dont call me





*PRESS RELEASE*

7-30-18

# SLS Hotel to Pay $2.5 Million To Settle EEOC Race, Color, National Origin Lawsuit

## *Hotel Fired Employees Based on Race, Color, and National Origin, Federal Agency Charged*

MIAMI - The SLS Hotel, operated by hotel, restaurant and nightlife company called "sbe", will pay $2.5 million and provide other relief to settle the discrimination lawsuit brought by the U.S. Equal Employment Opportunity Commission (EEOC), the federal agency announced today.

According to the EEOC's lawsuit, black Haitian dishwashers were wrongfully terminated on the basis of their race, color, and national origin and were replaced by a staffing agency workforce of mostly light-skinned Hispanics. The terminated dishwashers worked in the kitchens of The Bazaar by José Andrés, Katsuya, and the Hyde Beach-all restaurant venues located at SLS Hotel, in South Beach.

The dishwashers testified that their supervising chefs referred to them as "slaves" and reprimanded them for speaking Creole, even amongst themselves, while Hispanic employees were allowed to speak Spanish.

The testimony also revealed that the black Haitian dishwashers complained to human resources about discrimination and about having a "racist" supervisor but instead of addressing these complaints, the SLS Hotel fired the entire dishwashing department made up primarily of black Haitians, without providing them an opportunity to apply to the staffing agency before their termination.

Such alleged conduct violates Title VII of the Civil Rights Act of 1964 which prohibits discrimination on the basis of race, color, and/or national origin. The EEOC filed suit against SLS Hotel South Beach (Case No.1:17-cv-21446) in U.S. District Court for the Southern District of Florida, Miami Division after first attempting to reach a pre-litigation

**From:** Thomas Stewart [redacted]
**Sent:** Wednesday, January 16, 2019 9:33 PM
**To:** Salem Munayyer
**Subject:** Re: call

Now is not the time to hold on to your pride.. wait till the Nakash family has

On Wed, Jan 16, 2019, 8:46 PM Salem Mounayyer [redacted] wrote:
I. n discuss whatever In Emails
Please send me what you like to discuss about in email

Sent from my iPad

> On Jan 16, 2019, at 8:26 PM, Thomas Stewart [redacted] wrote:
>
> you need to call me.
>
> i would hate to embarrasses the Naksh family. but i will if you dont call me